IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES P. ABARA,

        Plaintiff,                    No. CIV S-10-1752 GEB DAD

     v.

ALTEC INDUSTRIES, INC.,

        Defendant.                 <u>ORDER</u>

_____/

        This case came before the court on June 24, 2011, for hearing on plaintiff's motion to quash deposition subpoena and request for protective order. Elizabeth Sharon Mancl, Esq. appeared telephonically for plaintiff. Larry C. Baron, Esq. appeared telephonically for defendant. For the reasons stated in open court, plaintiff's motion to quash deposition subpoena for the deposition of Barbara Abara and request for protective order prohibiting or limiting the deposition (Doc. No. 11) was denied. <u>See</u> <u>United States v. Murphy</u>, 65 F.3d 758, 761 (9th Cir. 1995). Plaintiff's counsel's request for telephonic participation in the deposition was granted, subject to the availability of the necessary equipment to allow such participation.

        IT IS SO ORDERED.

DATED: June 24, 2011.

                                                     _____
                                                     DALE A. DROZD
DAD:kw                                               UNITED STATES MAGISTRATE JUDGE
Ddad1/orders.civil/abara1752.oah.062411