IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES P. ABARA,  )
                                  )    2:10-cv-01752-GEB-DAD
      Plaintiff,  )
                                  )
  v.  )    <u>ORDER</u>
                                  )
ALTEC INDUSTRIES, INC.,  )
                                  )
      Defendant.  )
_____  )

On September 22, 2011, the parties filed a "Stipulation and Proposed Order for Early Settlement Conference", in which they request a settlement conference judge be assigned. (ECF No. 18.) However, based on the parties representation that this case is postured for settlement discussions, this matter is instead referred to the Voluntary Dispute Resolution Program.

IT IS SO ORDERED.

Dated: September 28, 2011

                                            _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge