IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

James P. Abara,  )
                 )   2:10-cv-01752-GEB-DAD
        Plaintiff,  )
                 )
     v.          )   ORDER RE: SETTLEMENT AND
                 )   DISPOSITION
Altec Industries, Inc.,  )
                 )
        Defendant.  )
_____ )

The parties filed a "Notice of Settlement" on April 5, 2012, in which they state:

> Pursuant to Local Rule 160 of the Eastern District of California, the parties hereby submit this Notice of Settlement. As such, the parties request that the court vacate all pretrial dates, and fix a date upon which the documents disposing of the action must be filed.

(ECF No. 45, 2:1-4).

Therefore, a dispositional document shall be filed no later than April 26, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

However, the trial scheduled to commence at 9:00 a.m. on May 15, 2012, shall remain on calendar in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]

IT IS SO ORDERED.

Dated: April 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The trial will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduled proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2